# MEMORANDUM DECISIONS

ACKERMAN v. DICK et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Carl F. Ackerman against Evans R. Dick and others. No opinion. Motion granted. Order filed.

ACKERMAN v. DICK et al. (Supreme Court, Appellate Division, First Department. November 11, 1910.) Action by Carl F. Ackerman against Evans R. Dick and others. No opinion. Application granted. Order signed.

ADAM, Respondent, v. MANHATTAN LIFE INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1910.) Action by Robert B. Adam, as president of the Adam, Meldrum & Anderson Company against the Manhattan Life Insurance Company of New York. No opinion. Judgment and order affirmed, with costs.

ADAMS v. NEW YORK CITY R. CO. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by John R. Adams against the New York City Railway Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

ALDCROFT, Respondent, v. TERRY, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by Richard B. Aldcroft, as trustee, against George S. Terry. B. E. V. McCarty, for appellant. A. J. Talley, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

ALLEN v. DIERKES. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Appeal from Special Term, New York County. Action by James A. Allen against John M. Dierkes. From an order directing plaintiff to serve a verified bill of particulars, plaintiff appeals. Reversed and motion denied. James A. Allen, for appellant. Charles F. Senkowsky, for respondent.

PER CURIAM. The order should be reversed, with $10 costs and disbursements, and the motion denied, with $10 costs, upon the ground that the application for the bill of particulars was premature, and that the particulars were not necessary in order to enable the defendant to answer.

AMERICAN BUCKWHEAT & GRITS MILLS v. WILLIAMSBURG C. F. I. CO. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by the American Buckwheat & Grits Mills against the Williamsburg C. F. I. Company. No opinion. Motion to dismiss appeal denied. Order filed.

ANDERSON, Respondent, v. BESTON, Appellant. (Supreme Court, Appellate Division, First Department. October 21, 1910.) Action by Frederick W. Anderson against Rachel S. Beston. I. N. Miller, for respondent. No opinion. Motion to dismiss appeal denied. Order filed. See, also, 125 N. Y. Supp. 81.

ARNOLD v. GREENE GOLD SILVER CO. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Matter of Richard Arnold against the Greene Gold Silver Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. For opinion below, see 68 Misc. Rep. 449, 125 N. Y. Supp. 29.

ARNOW v. CARMEL REALTY CO. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Appeal from Special Term, Richmond County. Action by Henry Arnow against Carmel Realty Company. From a judgment for defendant, plaintiff appeals. Reversed and remanded. Julius Fischer (James Chambers and Charles Chambers, on the brief), for appellant. Max Monfried (Aaron A. Feinberg, on the brief), for respondent.

THOMAS, J. I think that an affirmance of the judgment would not do complete justice in this case. It does not appear that on the final day for closing the title there was any suggestion that the defendant had title by reason of adverse possession, or that any facts were presented proving the same. In the answer the defendant did not assert such title. So far as appears, defendant relied on its record title. The plaintiff brought this action, and before judgment the defendant conveyed the property, putting it beyond its power, although it might show title by adverse possession and receive judicial sanction of same to give plaintiff the benefit thereof. I think that the defendant did not on the trial give evidence that it had such title, and I conclude that the plaintiff at least should have the deposit returned. The judgment should be reversed and a new trial granted, costs to abide the event.

WOODWARD and CARR, JJ., concur. JENKS and BURR, JJ., dissent.

In re AVENUE D IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. October 7, 1910.) In the matter of the application of the city of New York, relative to acquiring title to the lands, etc., required for the purpose of opening Avenue D, etc. No opinion. Order confirming report of commissioners affirmed, with $50 costs and disbursements.

BACILE, Respondent, v. LUNDBERG, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1910.) Action by Charles S. Bacile against John H.